FILED
2019 May-29 PM 03:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983
SGC
5

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

FILED
2019 MAY 29 A 10: 13

BRYANT EVANS, et. al.,
Plaintiff,

v.

George Adams,
Christopher Gordy,
Defendants

Civil Action No. 2:19-CV-818-MHH
SGC

(PLAINTIFF DEMANDS A JURY TRIAL)

COMPLAINT

COUNT-I

COMES NOW, Plaintiff, Bryant Evans, pro se, and hereby pleas that Declaratory Judgement action under 86-6-220 through 222, Alabama Code of 1975 against Defendants: George Adams and Christopher Gordy. PLaintiff seeking to have his rights declared and the Defendants duties declared under the first and fourteenth Amendments of the United States Constitution and Alabama Dept. of Corrections Administration Regulation# 462 .

Parties

1. Plaintiff, Bryant Evans AIS# 186474 is a state inmate confined to the William E. Donaldson Correctional Facility addressed at 100 Warrior Lane, Bessemer, Al. 35023.

2. Defendant George Adams is employed as the institutional Chaplain at the William E. Donaldson Correctional Facility addressed at 100 Warrior Lane, Bessemer, Al. 35023. He is being sued in his official and individual capacity.

3. Defendant Christopher Gordy is employed as Warden III at William E.- Donaldson Correctional Facility, addressed at 100 Warrior Lane, Bessemer, Alabama. He is sued in his official and individual capacity.

## Jurisdiction

4. The Honorable Court has Jurisdiction to consider the matters of this civil action pursuant to Sec. 86-6-220 through 222, Ala. Code of 1975.

5. The Honorable Court has Jurisdiction to consider the matters of this civil action pursuant to 42 U.S.C.S. §1983 of the United States Code Service.

## FACTS

6. On or about the date of January 30, 2019, PLaintiff who is a member of the Nation of GODS and EARTHS, formally known as the 5% Nation of GODS and EARTHS, submitted a religious request slip pursuant to AR# 462 to Defendant Adams for the approval of its annually sacred celebration of it's founder, Clarence 13x Smith, now known to the NGE as "Father Allah", physical BIrthday (Father's Day). PLaintiff request for feast food made 20-days prior to the Sacred Day Celebration as requested by AR #462. INitially Defendant Adams placed the Sacred Day Celebration on the institutional religious calendar for Feburary-21, 2019; during the Nation of GODS and EARTHS assigned service time (Thursday). On Feburary 19, 2019, Defendant Adams told PLaintiff and members of the NGE that the Alabama Dept. of Corrections Religious Activities REview Committee (RARC) denied the religious request for the Feburary 21, 2019, Sacred Day Celebration on the basis that the (RARC denied an inmate in another facility whom is not related to the Nation of GODS and EARTHS request for a second Eid Feast. When Plaintiff requested Defendant Adams to provide him a copy of the RARC denial, Defendant Adams refused to provide Plaintiff a copy of the RARC denial. On Feburary 20, 2019, PLaintiff filed an appeal of Defendants Adams' and Gordy's denial of their Sacred-Day Celebration to the Religious Activities Review Committee.

Plaintiff has received no response from the RARC concerning his appeal. Plaintiff now files this Declaratory Judgement Action.

## DENIAL OF FIRST AMENDMENT RIGHT

7. Plaintiff argues that he has a first Amendment Right to the free-exercise of his religious faith of the Nation of GODS & EARTHS.

8. Plaintiff argues that he has a right under AR #462 to hold the Feburary 22, 2019, Sacred Day Celebration of it's founder's physical Birthday (Father's Day)

9. Plaintiff argues that the Defendants have a duty under the first Amendment of the UNited States Constitution and AR #462 to allow him and members of the nation of GODS & EARTHS to hold their annual Sacred Day Celebration with feast food.

10. Plaintiff argues that on Feburary 20, 2019, one day before the requested date of the NGE Sacred Day Celebration, the Defendants denied him and members of their rights under the First Amendment and AR #462 by denying him and members of the NGE annual Sacred-Day Celebration.

## DENIAL OF RIGHTS TO EQUAL PROTECTION OF LAW

11. Plaintiff argues that he has a right under the 14th Amendment of the UNited States Constitution and AR #462 to the equal protection clause which he exercises his First Amendment rights to hold the Nation of GODS and EARTHS annual Sacred Day Celebration of its founder physical Birthday (Fathers' Day).

12. Plaintiff argues that the Defendants have a duty under the 14th Amendment of the United States Constitution and AR #462 to allow him and members of the NGE to hold their annual Scared Day Celebration with feast food.

13. Plaintiff argues that the Defendants are denying him and members their rights under the 14th Amendment and AR #462 by discriminating against the Nation of GODS & EARTHS.

14. The Defendants are discriminating against PLaintiff and members of the NGE because they are not of the "Christian" faith.

15. The Defendants denying PLaintiff and members of the NGE their rights to hold their annual Sacred Day Celebration with feast foods, while inmates of the Christian faith are allowed to hold celebrations with feast foods when scheduled.

## RELIEF REQUESTED

Wherefore, PLaintiff request the following relief:

1. Declare PLaintiff rights under the first Amendment of the U.S. Constitution and AR# 462, to hold the annual Sacred Day Celebration of its' founders' physical Birthday (Father's Day)

2. Declare PLaintiff rights under the First AMENDMENT of the U.S. Const.'n and AR# 462 to hold the annual Sacred Day Celebration with feast food as required by the Nation of GODS and EARTHS, in it's National Office of Cultural Affairs, Provisions Required for the NGE GOD centered culture, page 2, sec.-1.

3. Declare PLaintiff rights under the 14th Amendment of the UNited States Constitution and AR #462 not to be discriminated against nor retaliated

against due to his religious faith in the Nation of GODS & EARTHS.

4. Declare Plaintiffs' rights under the 14th Amendment and AR #462, not to be denied the right to hold the NGE annual Sacred Day Celebration with feast food, because it is not a Christian Sacred Day Celebration.

5. Declare Defendants action in denying PLaintiff January 30, 2019, request to hold the Nation of GODS & EARTHS annual Sacred Day Celebration with feast food, a violation of PLaintiffs rights and their duties under the first Amendment of the U.S. Cosntitution and AR# 462.

6. Declare Defendants action in discriminating against PLaintiff because he is a member of the NGE and not a Christian a violation of Plaintiffs and their duties under the 14th Amendment of the U.S. Constitution and AR# 462.

7. Declare Defendants action in discriminating and denying PLaintiff the right to hold the Nation of GODS & EARTHS annual Sacred Day Celebrating with feast food while allowing inmates of the Christian faith to hold Celebration with feast food, as scheduled; a violation of Plaintiffs rights and their duties under the 14th Amendment of the U.S. Constitution and AR# 462,

(B) ISSUE AN INJUNCTION ENJOINING DEFENDANTS FROM DENYING PLAINTIFF AND MEMBERS THE RIGHT TO HOLD THE NATION OF GODS & EARTHS ANNUAL SACRED DAY CELEBRATION WITH FEAST FOOD...

(C) ISSUE AN INJUNCTION ENJOINING THE DEFENDANTS FROM DISCRIMINATING AGAINST PLAINTIFF BECAUSE HE IS A MEMBER OF THE NGE AND NOT A CHRISTIAN.

RESPECTFULLY SUBMITTED,

Bryant Evans

BRYANT B. EVANS # 186474

WILLIAM E. DONALDSON CORR. FAC.

100 WARRIOR LANE

BESSEMER, AL. 35023

April 28, 2019

Eddie Darrell Watts

MY COMMISSION EXPIRES DECEMBER 8, 2020